Cite as 2014 Ark. 505

# SUPREME COURT OF ARKANSAS
No.

| | |
|---|---|
| IN RE ARKANSAS SUPREME COURT COMMITTEE ON SECURITY AND EMERGENCY PREPAREDNESS | **Opinion Delivered** December 4, 2014 |

**PER CURIAM**

Faulkner County Sheriff Andy Shock of Conway is appointed to the Arkansas Supreme Court Committee on Security and Emergency Preparedness to fill the unexpired term of Sheriff Jody Dotson. This term expires on September 30, 2016. We thank Sheriff Shock for his willingness to serve on this important committee.

We express our gratitude to Sheriff Jody Dotson of Walnut Ridge, who resigned from the committee, for his years of valuable service.